IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOLLIE LUCKY RANDLE, #18028178, | § | |
| PETITIONER, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:18-CV-2751-M-BK |
| | § | |
| STATE OF TEXAS, | § | |
| RESPONDENT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is summarily **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for lack of prosecution.

SO ORDERED this 21st day of December, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE